UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Stipulation for Dismissal, dkt. 33.
> JPH, 6/21/2021
> Distribution via ECF.

TIMOTHY POWERS,                        )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   CAUSE NO. 1:20-CV-02414-JPH-TAB
                                       )
SPARTANNASH                            )
ASSOCIATES, LLC,                       )
                                       )
        Defendant.                     )

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action may be, and hereby is, dismissed with prejudice with all parties agreeing to bear their own costs and fees. This stipulation concerns the above-captioned lawsuit only, and does not affect Timothy Powers' workers' compensation action filed with the Indiana Workers' Compensation Board, claim no. SPN19225814, or SpartanNash Associates, LLC's defenses to such action.

IT IS FURTHER STIPULATED AND AGREED that a judgment of dismissal with prejudice may be entered pursuant to the Stipulation without further notice.

Date: June 18, 2021              Timothy Powers
                                 Timothy Powers
                                 *Plaintiff, Pro Se*